Form oscmlfee – oscmlfeev27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

           Case No.: 17–26892–RG
           Chapter: 7
           Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Natercia Rodrigues
   140 Wilson Ave–2nd fl
   Kearny, NJ 07032

Social Security No.:
   xxx–xx–3722

Employer's Tax I.D. No.:

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO MAKE INSTALLMENT PAYMENT(S) OR PAY MISCELLANEOUS FILING FEES

   The Court having noted that:

☑    An order directing the payment of filing fees in installments was entered in the above case, and that the payment due on 9/21/2017 in the amount of $ 85.00 has not been received by the Clerk,

☐    The debtor filed a on on that requires the payment of a fee in the amount of $ , and that the fee has not been received by the Clerk,

   It is hereby

   ORDERED that the fee in the amount indicated above must be received by the Clerk on or before 10/20/17 or the case will be dismissed.

   If you object to dismissal you may file a written objection or request for a hearing with the Clerk of the Bankruptcy Court at the address above. The objection or request must be received by the Clerk no later than 10/20/17.

   If you file a written request for a hearing, you or your attorney must appear at a hearing to be held before the Honorable Rosemary Gambardella on

Date: October 31, 2017
Time: 10:00 am
Location: Courtroom 3E
Address:   Martin Luther King, Jr . Federal Building
             50 Walnut Street
             3rd Floor
             Newark, NJ 07102

Dated: October 6, 2017
JAN: pam

<u>Rosemary Gambardella</u>
United States Bankruptcy Judge