UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: **Rodrigues, Natercia**   Case No.: **17-26892-RG**

Chapter: **7**

Judge: **Hon. Rosemary Gambardella**

---

**NOTICE OF PROPOSED ABANDONMENT**

---

Benjamin A. Stanziale, Jr., Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| | |
|---|---|
| Address of the Clerk: | Jeanne A. Naughton, Clerk<br>United States Bankruptcy Court<br>50 Walnut Street<br>Newark, New Jersey 07102 |

If an objection is filed, a hearing will be held before the **Honorable Rosemary Gambardella** on **November 21, 2017, at 10:00 a.m.** at the United States Bankruptcy Court, Courtroom No. 3E. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| |
|---|
| Description and value of Property: **602 3rd Street, Newark, New Jersey**<br><br>**Current Market Value of Property: $200,000.00**<br>**Estimated Cost of Sale: $20,000.00** |

| |
|---|
| Liens on property: **Ditech - $264,488.00** |

| |
|---|
| Amount of equity claimed as exempt: |

Objections must be served on, and requests for additional information directed to:

Name:      Benjamin A. Stanziale, Jr., Trustee

Address:   29 Northfield Avenue, Suite 201, West Orange, New Jersey 07052

Telephone No.:(973) 731-9393

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 17-26892-RG
Natercia Rodrigues                                                      Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2         Date Rcvd: Oct 20, 2017
                              Form ID: pdf905          Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2017.
```
db             +Natercia Rodrigues,    140 Wilson Ave-2nd fl,    Kearny, NJ 07032-3338
517020715       ARS National Services,    PO Box 469100,    Phoenixville, PA 19460
517020714      +Advanced Financial S,    785 Central Ave,    New Providence, NJ 07974-1100
517020716     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,    Po Box 982238,    El Paso, TX 79998)
517020717      +Barclays Bank Delaware,    100 S West St,    Wilmington, DE 19801-5015
517020718      +Bureau of Account Management,    3607 Rosemont Ave Ste 502,    Po Box 8875,
                 Camp Hill, PA 17001-8875
517020719      +Chase Card,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517020720      +Chase Card Services,    Attn: Correspondence,    Po Box 15278,    Wilmington, DE 19850-5278
517020721      +Citibank,    Citicorp Cr Srvs/Centralized Bankruptcy,    Po Box 790040,    S Louis, MO 63179-0040
517020722      +Citicards Cbna,    Citicorp Credit Svc/Centralized Bankrupt,    Po Box 790040,
                 Saint Louis, MO 63179-0040
517020723      +Comenity Bank,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517020724      +Comenity Bank/Victoria Secret,    Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
517020727      +Eastern States Recovery SErvices,    2036 Ingalis Ave,    Linden, NJ 07036-1029
517020729      +Liberty Svngs Fed Cr U,    666 Newark Ave,    Jersey City, NJ 07306-2398
517020730       Merchants & Medical,    Credit Corp,    6324 Taylor Dr,    Flint, MI 48507-4685
517020732      +Northern Endoscopy Center,    18 Church St,    Newton, NJ 07860-1756
517020733      +Pressler & Pressler,    Ralph Gulko,    7 Etin Rd,    Parsippany, NJ 07054-5020
517020734      +QCS,    PO Box 4699,    Petaluma, CA 94955-4699
517020737      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517020738      +Xcel Federal Cr Un,    1460 Broad St,    Bloomfield, NJ 07003-3014
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 20 2017 23:05:05     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 20 2017 23:05:00     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
cr             +E-mail/Text: laura@redbanklaw.com Oct 20 2017 23:04:24     Liberty Savings FCU,
                 c/o McKenna, DuPont, Higgins & Stone,    229 Broad Street,    Red Bank, NJ 07701-2009
cr             +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 23:00:49
                 Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517020725      +E-mail/Text: mrdiscen@discover.com Oct 20 2017 23:04:24     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517020726      +E-mail/Text: bankruptcy.bnc@ditech.com Oct 20 2017 23:04:46     Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517020728      +E-mail/Text: bnckohlsnotices@becket-lee.com Oct 20 2017 23:04:26     Kohls/Capital One,
                 Kohls Credit,    Po Box 3043,    Milwaukee, WI 53201-3043
517020731      +E-mail/Text: bankruptcydpt@mcmcg.com Oct 20 2017 23:04:59     Midland Funding,
                 Attn: Bankruptcy,    Po Box 939069,    San Diego, CA 92193-9069
517020735      +E-mail/PDF: clerical@simmassociates.com Oct 20 2017 23:00:50     SIMM Associates,    PO Box 1259,
                 Oaks, PA 19456-1259
517023503      +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 23:01:18     Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517020736      +E-mail/PDF: gecsedi@recoverycorp.com Oct 20 2017 23:01:02     Synchrony Bank/PC Richard,
                 Attn: Bankruptcy,    Po Box 956060,    Orlando, FL 32896-0001
                                                                                              TOTAL: 11
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 22, 2017                         Signature:  /s/Joseph Speetjens

```
District/off: 0312-2          User: admin                  Page 2 of 2                  Date Rcvd: Oct 20, 2017
                              Form ID: pdf905              Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 20, 2017 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com,    nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,    nj45@ecfcbis.com
              David Jerome Witherspoon    on behalf of Debtor Natercia  Rodrigues daveslaw321@gmail.com,
               prissycatina@yahoo.com
              Denise E. Carlon    on behalf of Creditor    Ditech Financial LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Michael R. DuPont    on behalf of Creditor    Liberty Savings FCU dupont@redbanklaw.com,
               dana@redbanklaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```